# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT GABALDON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>　　　　Defendant.<br>_____/ | CASE NO. 1:14-cv-1685-SKO<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**(Doc. 2)** |

Plaintiff Gilbert Gabaldon ("Plaintiff") filed a complaint on October 27, 2014, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;
2. The Clerk of Court is DIRECTED to issue a summons; and
3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

　Dated: **October 29, 2014**　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1