# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT GABALDON, | Case No. 1:14-cv-01685-SKO |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S STIPULATED REQUEST TO EXTEND BRIEFING SCHEDULE** |
| v. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

On April 29, 2015, Plaintiff filed a stipulated request seeking to extend the parties' briefing schedule by thirty days.  (Doc. 11.)

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated request is GRANTED,

2. Plaintiff's confidential letter brief must be filed on or before June 1, 2015; and

3. The subsequent deadlines set forth in the Court's Scheduling Order (Doc. 5-1) are adjusted accordingly.

IT IS SO ORDERED.

Dated:  **May 6, 2015**           **/s/ Sheila K. Oberto**
                                                             UNITED STATES MAGISTRATE JUDGE