Melissa Newel (#148563)
NEWEL LAW
827 Broadway, Suite 205
Oakland, CA  94607
(510) 316-3827
mnewel@newellawfirm.com
Attorney for Plaintiff
GILBERT GABALDON

BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ESTHER KIM
160 Spear Street, Suite 800
San Francisco, CA  94105
(415) 977-8955
esther.kim@sssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT GABALDON, | No.  1:14-CV-01685 (SKO) |
| Plaintiff, | |
| v. | **STIPULATION AND PROPOSED ORDER EXTENDING BRIEFING SCHEDULE** |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

 IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Plaintiff shall have a second extension of time of thirty (30) days to file his Opening Brief. Counsel for Plaintiff respectfully requests this additional time due to a sudden and serious illness in her family.  The new date for Plaintiff's Opening Brief shall be on or before **September 8, 2015**.

STIPULATION AND PROPOSED ORDER EXTENDING BRIEFING SCHEDULE

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
| Dated: August 6, 2015 |   | NEWEL LAW |
|   | By: | *Melissa Newel* |
|   |   | Melissa Newel |
|   |   | Attorney for Plaintiff |
|   |   | GILBERT GABALDON |

Dated: August 6, 2015             BENJAMIN B. WAGNER
                                  United States Attorney
                                  DEBORAH LEE STACHEL
                                  Acting Regional Chief Counsel, Region IX
                                  Social Security Administration

                         By:      *Esther Kim
                                  Esther Kim
                                  *(*authorized by email dated 8/6/*2015)
                                  Special Assistant U.S. Attorney
                                  Attorneys for Defendant

### ORDER

Based upon the above stipulation of the parties, and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, up to and including September 8, 2015, to file his Opening Brief. All other deadlines set forth in the Scheduling Order (Doc. 5-1) are modified accordingly.

IT IS SO ORDERED.

   Dated:   **August 7, 2015**                    /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE