Melissa Newel (#148563)
NEWEL LAW
827 Broadway, Suite 205
Oakland, CA 94607
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
GILBERT GABALDON

BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ESTHER KIM
160 Spear Street, Suite 800
San Francisco, CA 94105
(415) 977-8955
esther.h.kim@sssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT GABALDON, | Case No. 1:14-cv-01685-SKO |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(1)(A)(ii) AND ORDER** |
| v. | (Doc. 19) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) which provides that a plaintiff may dismiss an action without court order by filing "a stipulation of dismissal signed by all parties who have appeared," IT IS HEREBY STIPULATED BY ALL PARTIES, through their

1 undersigned attorneys, and with the approval of the Court, that Plaintiff voluntarily dismiss,
2 without prejudice, the above-referenced action

3                                          Respectfully submitted,

4 Dated: October 8, 2015            NEWEL LAW

5                                    By:    *Melissa Newel*
6                                               Melissa Newel
                                              Attorney for Plaintiff
7                                               GILBERT GABALDON

8 Dated: October 9, 2015            BENJAMIN B. WAGNER
                                              United States Attorney
9                                               DEBORAH LEE STACHEL
10                                               Acting Regional Chief Counsel, Region IX
                                              Social Security Administration
11

12                                   By:    *Ester Kim\**
                                              Ester Kim
13                                               (*authorized by email dated 10/9/2015*)
                                              Special Assistant U.S. Attorney
14                                               Attorneys for Defendant

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED that:

1. The entire matter is DISMISSED, with prejudice, pursuant to Fed. R. Civ. P. 41(A)(1)(A)(ii); and

2. The Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   **October 20, 2015**        **/s/ Sheila K. Oberto**
                                     UNITED STATES MAGISTRATE JUDGE